UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GOFF,<br><br>   Plaintiff,<br><br>  v.<br><br>S. WALTERS, *et al*.,<br><br>   Defendants. | Case No. 1:18-cv-00904-DAD-JDP<br><br>ORDER GRANTING IN PART AND DENYING PLAINTIFF'S MOTIONS FOR MISCELLANEOUS RELIEF<br><br>ECF Nos. 23, 24 |

  Plaintiff Thomas L. Goff is a current or former state prisoner proceeding without counsel and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff has again filed two motions in close succession, requesting various forms of relief. First, he asks for a court order requiring his prison facility to recognize that his § 1983 litigation presents "legitimate needs subject to time constraints and sanctions." ECF No. 23 at 7. The court can confirm that plaintiff is engaged in active § 1983 litigation. But the court has no jurisdiction over nonparties and cannot order prison personnel to provide plaintiff library access. If plaintiff were to ask the court to request (rather than order) the voluntary assistance of the litigation coordinator at his institution, such a request could be granted—if plaintiff is still housed in an institution and could provide the relevant contact information. (Based on plaintiff's most recent address information, ECF No. 25, the court does not believe that he remains in an institution.) If, on the

other hand, plaintiff believes that he is being denied access to constitutionally adequate law materials, he may wish to file a new case based on those allegations.

Second, plaintiff has requested unspecified "ADA accommodations" under 42 U.S.C. § 12101 *et seq.*, as well as under California state rules. ECF No. 24. Most of plaintiff's request refers to California state rules. Because the Eastern District of California is a federal court and not a state court, and because plaintiff does not identify what specific federal relief he seeks, the motion is denied at this time.

IT IS SO ORDERED.

Dated: January 25, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.