UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GOFF,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>S. WALTERS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-00904-DAD-JDP<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Thomas L. Goff is a current or former state prisoner proceeding without counsel and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff has filed several miscellaneous submissions in close succession, *see* ECF Nos. 23 and 24, but has not yet filed a response to the court's screening order, ECF No. 15. On January 7, 2020, the court gave plaintiff an extension until February 23, 2020, to file such a response. ECF No. 22. No such response has been filed. Therefore, within thirty days of this order, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   March 18, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.