| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| THOMAS L. GOFF, | Case No. 1:18-cv-00904-DAD-JDP |
| Plaintiff, | ORDER DISCHARGING THE ORDER TO SHOW CAUSE |
| v. | ECF No. 29 |
| S. WALTERS, *et al.*, | ORDER THAT PLAINTIFF FILE A RESPONSE TO THE COURT'S SCREENING ORDER WITHIN 60 DAYS |
| Defendants. | ORDER DENYING PLAINTIFF'S REQUEST FOR ADA ACCOMODATIONS |
| | ECF No. 30 |
| | ORDER GRANTING PLAINTIFF'S MISCELLANEOUS REQUESTS |
| | ECF No. 31 |
| | ORDER THAT THE CLERK'S OFFICE SEND PLAINTIFF A COPY OF THE DOCKET SHEET, THE COURT'S SCREENING ORDER, AND THE RECENT EXTENSION ORDER |
| | ECF Nos. 15, 22 |

Plaintiff Thomas L. Goff is a current or former state prisoner proceeding without counsel and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. On March 18,

2020, the court ordered that plaintiff show cause why the case should not be dismissed for failure to prosecute. ECF No. 29. On April 2, 2020, plaintiff responded and suggested that he may have missed some court orders, including the court's screening order. ECF No 31. Plaintiff also requested additional copies of some docket materials. Plaintiff's request is granted, and the order to show cause is discharged. The court will give plaintiff sixty days from the date of this order to respond to the court's screening order. If plaintiff does not respond, the court will recommend that this case be dismissed.

Plaintiff has also requested Americans with Disabilities Act ("ADA") accommodations from the court. The ADA does not apply to the federal judiciary. *See, e.g.*, *United States v. Wishart*, 146 F. App'x 171, 173 (9th Cir. 2005). The policy of the court is nonetheless to provide some accommodations (such as hearing aids), but we do not believe those limited accommodations are relevant for plaintiff's case. (While plaintiff does not specify what accommodations he seeks, he appears to seek general help preparing court filings.)

Accordingly:

1. The order to show cause, ECF No. 29, is discharged.

2. Within 60 days of the date of this order, plaintiff must file a response to the court's screening order

3. Plaintiff's miscellaneous requests, ECF No. 31, are granted. The clerk's office must send plaintiff a copy of the docket sheet, the screening order, ECF No. 15, and the recent extension order, ECF No. 22.

4. Plaintiff's motion for ADA accommodations, ECF No. 30, is denied.

IT IS SO ORDERED.

Dated:  April 13, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.

2