UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. GOFF,<br><br>                    Plaintiff,<br><br>        v.<br><br>S. WALTERS, *et al.*,<br><br>                    Defendants. | Case No. 1:18-cv-00904-DAD-JDP<br><br>FINDINGS AND RECOMMENDATIONS TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS AND REQUIRE PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>ECF Nos. 43, 5<br><br>OBJECTIONS DUE IN 30 DAYS |

   Plaintiff Thomas L. Goff is a former state prisoner proceeding without counsel and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983.  On July 28, 2020, defendants filed a motion to revoke plaintiff's *in forma pauperis* status, arguing that plaintiff should not have had been allowed to proceed in this fashion because of his prior litigation history.  ECF No. 43.

   The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).  As defendant's motion notes, plaintiff had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief maybe granted—all of

which were dismissed before plaintiff filed the instant lawsuit.[1]  Plaintiff was a state prisoner when he initiated this lawsuit in 2018.  *See* ECF No. 1 at 1 (listing his address as the California Correctional Institution at Tehachapi).

Moreover, plaintiff has not satisfied the imminent danger exception to § 1915(g).  That exception applies if the "the complaint makes a plausible allegation that the prisoner faced 'imminent danger of serious physical injury' at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007).  Plaintiff's complaint contains no such allegation; he alleges only a discrete incident of exposure to pepper spray that injured his eyes, and no ongoing threat to his safety.  *See generally* ECF No. 1.

Accordingly, plaintiff's *in forma pauperis* application was granted in error and should be revoked, since he has accrued three or more strikes and was not under imminent danger of serious physical harm at the time this action was initiated.  *See* 28 U.S.C. § 1915(g).

**Findings and Recommendations**

Based on the foregoing, it is hereby recommended that:

1. Plaintiff's *in forma pauperis* status, ECF No. 5, be revoked;

2. Plaintiff be required to pay the $400 filing fee in full within twenty-one days of adoption of these findings and recommendations; and

3. If plaintiff fails to pay the $400 filing fee in full within twenty-one days of adoption of these findings and recommendations, all pending motions be terminated, and this action be dismissed without prejudice.

We submit these findings and recommendations to a district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty days of the service of the findings and

---

[1] The attachments to defendant's motion provide copies of relevant documents from these cases and defendant asks us to take judicial notice of them. ECF No. 44.  That request is granted.  The cases cited by defendants include but are not limited to case numbers 1:15-cv-01073-DAD-BAM (dismissed for failure to state a claim); 2:12-cv-00009-GEB-AC (dismissed for failure to follow court orders and failure to state a claim); and 2:10-cv-03065-EFB (dismissed for failure to state a claim).  The court has reviewed both the defendant's attachments and the original documentation that appeared on the dockets via CM/ECF.

recommendations, the parties may file written objections to the findings and recommendations with the court and serve a copy on all parties. That document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    August 20, 2020                                    _____
                                                                   UNITED STATES MAGISTRATE JUDGE

No. 205.